IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00512-CMA-BNB

MICHAEL ANDERSON,

Plaintiff,

v.

ADP SCREENING AND SELECTION SERVICES, INC., and
AUTOMATIC DATA PROCESSING, INC.,

Defendants.
_____

**ORDER**
_____

Pursuant to the Scheduling Order [Doc. # 17, filed 6/3/2013] the plaintiff was required to provide on or before June 10, 2013, a good faith estimate of the economic damages claimed. Scheduling Order [Doc. # 17] at p. 3.  No supplement was filed, nor was a supplement served on the defendants.  Defendants' Motion for Telephonic Status Conference [Doc. # 18] at ¶3. Consequently, on June 18, 2013, I ordered the plaintiff to show cause why the case should not be dismissed pursuant to D.C.COLO.LCivR 41.1 for lack of prosecution and failure to comply with the order of the court requiring the plaintiff to supplement the Scheduling Order with a good faith estimate of the economic damages claimed.  Order to Show Cause [Doc. # 20].  The plaintiff responded to the Order to Show Cause stating that "[a]s of today's date [July 2, 2013] Plaintiff has served his First Supplemental Initial Disclosures, which include a good faith estimate of Plaintiff's economic damages, upon all counsel of record."  Response [Doc. # 22] at ¶2. The plaintiff has not complied with the requirement that he **file with the court** a supplement to Part 5 of the  Scheduling Order with a good faith estimate of the economic damages claimed.

IT IS ORDERED that on or before **July 19, 2013**, the plaintiff shall **<u>file with the court</u>** and serve on all counsel of record a supplement to Part 5 of the Scheduling Order containing a good faith estimate of the economic damages claimed. The plaintiff's failure to comply with this order within the time allowed will result in a recommendation that the case be dismissed.

Dated July 12, 2013.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge